

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 30, 2008

**By Facsimile**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
Fax: (212) 805-7941

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

Re:   *United States v. Donald Redman*,
      08 Cr. 247 (LAP)

Dear Judge Preska:

A conference is scheduled in the above-referenced case for tomorrow, May 1, 2008, at 11:30 a.m. However, the parties are in the middle of plea negotiations and believe that they may soon reach a disposition of this case. Additionally, the Government must produce discovery that just became available to the defendant. Accordingly, the parties respectfully request a six-week adjournment of the conference. Should we reach a disposition before then, the Government will inform the Court and schedule a plea.

Should the Court grant the parties' request, the Government further respectfully requests (with the consent of defense counsel) that the Court exclude the time under the Speedy Trial Act until the date of the new conference, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8). The parties have been involved in extension plea discussions; during this period, the parties will continue to discuss a disposition of this case and the Government will continue to produce discovery to the defendant.

① the conference is adjourned to June 11 at 9:30

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
April 30, 2008

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney

By: Parvin Moyne
Assistant United States Attorney
Telephone: (212) 637-2510

cc:   Gerald J. DiChiara, Esq. *(by facsimile:* 212 689 3315*)*