**GERALD J. DI CHIARA**
ATTORNEY AT LAW
404 PARK AVENUE SO.
NEW YORK, NEW YORK 10016

(212) 679-1958
FAX NO. (212) 689-3315

LAURA DI CHIARA, ESQ.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08
```

June 16, 2008

Honorable Loretta A. Preska
U.S. District Court
S.D.N.Y.
500 Pearl Street
N.Y., N.Y. 10007

       Re: U.S. v. Redman
         08 Cr. 247 (LAP)

Dear Judge Preska,

  Mr. Di Chiara is counsel to Donald Redman pursuant to the Criminal Justice Act. Upon obtaining the CD's/Cassettes portion of the discovery in this case we obtained copies through Dupe Coop to provide to our client. Unfortunately these CD's and tapes were lost in the mail. This has been verified with the legal department of the MCC. We therefore request that the Court "So Order" this letter as authorization for the CJA office to approve and compensate a duplicate set of copies of theses CD's/Cassettes so that we may provide them to our client for review. There are 5 CD's and 2 Cassettes to be copied.

                Sincerely,

                Laura Di Chiara

*Loretta A. Preska*
So Ordered

June 19, 2008