U.S. Department of Justice

United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 9, 2008

**By Facsimile**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:  **United States v. Donald Redman,**
           08 Cr. 247 (LAP)

Dear Judge Preska:

    A conference is scheduled in the above-referenced case for tomorrow, July 10, 2008, at 4:30 p.m. However, the parties are in the middle of plea negotiations and believe that they may soon reach a disposition of this case. Additionally, the Government is trying to obtain and provide to defense counsel another copy of a cd-rom that was apparently damaged when it was copied. Accordingly, the parties respectfully request an adjournment of the conference to August 19, 2008, at 11:45 a.m. Should the parties reach a disposition before then, the Government will inform the Court and schedule a plea.

    Should the Court grant the parties' request, the Government further respectfully requests (with the consent of defense counsel) that the Court exclude the time under the Speedy Trial Act until the date of the new conference, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8). During this period, the parties will continue to discuss a disposition of this case and the Government will continue to produce discovery to the defendant.

**SO ORDERED**
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

July 9, 2008

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney

By: Parvin Moyne
    Assistant United States Attorney
Telephone: (212) 637-2510

cc: Gerald J. Di Chiara, Esq. *(by facsimile: 212 689 3315)*