

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 18, 2008

**By Facsimile**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/08

Re: United States v. Donald Redman,
08 Cr. 247 (LAP)

Dear Judge Preska:

① A conference is scheduled in the above-referenced case for tomorrow, August 19, 2008, at 11:45 a.m. However, the parties are in the middle of plea negotiations and are close to reaching a disposition of this case. Accordingly, the parties respectfully request an adjournment of the conference to September 23, 2008, at 11:00 a.m. Should the parties reach a disposition before then, the Government will inform the Court and schedule a plea.

② The Government further respectfully requests (with the consent of defense counsel) that the Court exclude the time under the Speedy Trial Act until the date of the new conference, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8). During this period, the parties will continue to discuss a disposition of this case.

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney

By: Parvin Moyne
Assistant United States Attorney
Telephone: (212) 637-2510

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
*August 20, 2008*

cc: Gerald J. Di Chiara, Esq. (by facsimile: 212 689 3315)

TOTAL P.